UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MIAMI VALLEY FAIR
HOUSING CENTER, INC., *et al.*,

      Plaintiffs,

vs.

DIETZ MANAGEMENT COMPANY
*doing business as*
DIETZ PROPERTY GROUP, *et al.*,

      Defendants.

Case No. 3:25-cv-386

District Judge Michael J. Newman,
Magistrate Judge Caroline H. Gentry

---

**ORDER DENYING DEFENDANT DIETZ MANAGEMENT COMPANY'S PARTIAL MOTION TO DISMISS THE ORIGINAL COMPLAINT AS MOOT (Doc. No. 6)**

---

This civil case is before the Court upon Defendant Dietz Management Company's partial motion to dismiss the original complaint. Doc. No. 6. After Defendant filed its motion, Plaintiffs filed an amended complaint in accordance with Fed. R. Civ. P. 15(a)(1). *See* Doc. No. 8. Accordingly, Defendant's partial motion to dismiss the original complaint is **DENIED WITHOUT PREJUDICE AS MOOT**.

      **IT IS SO ORDERED.**

March 18, 2026

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge